937 F.2d 598
 Morris (Kelvin X.)
v.
Deramus (Erskin), Mihalic (Dr.), Correa (Dr.), Reiner (Dr.),
Fulcomer (Thomas A.), Suomela (Dr.), Greenleaf (Nurse),
Price (Major), Dunn (Dr.), Sobina (Mr.), Cooper (Mr.), Grove
(Mr.), Domovich (Mr.), Eherhardt (Nurse)
 NO. 90-5824
 United States Court of Appeals,
Third Circuit.
 JUN 07, 1991
 
 1
 Appeal From: M.D.Pa.
 
 
 2
 REVERSED AND REMANDED.